Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−31567−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kenneth J. Olewinski
    92 Oak Lane
    Edison, NJ 08817
Social Security No.:
    xxx−xx−0811
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/2/21 at 09:00 AM

to consider and act upon the following:

***101 −*** Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/12/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/9/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-31567-MBK

Kenneth J. Olewinski                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 2

Date Rcvd: Feb 09, 2021                       Form ID: ntchrgbk                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

**Recip ID**              **Recipient Name and Address**
db                    +   Kenneth J. Olewinski, 92 Oak Lane, Edison, NJ 08817-3570

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Janelly Landa | on behalf of Creditor Prestige Financial Services  Inc. jlanda@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| R. A. Lebron | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@fskslaw.com |

District/off: 0312-3

User: admin

Page 2 of 2

Date Rcvd: Feb 09, 2021

Form ID: ntchrgbk

Total Noticed: 1

Richard James Tracy, III

on behalf of Creditor Prestige Financial Services  Inc. richard.tracy.iii@gmail.com,
tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Scott D. Sherman

on behalf of Debtor Kenneth J. Olewinski ssherman@minionsherman.com

Sindi Mncina

on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9