| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-31567 / MBK**

Kenneth J. Olewinski

Petition Filed Date: 10/30/2018
341 Hearing Date: 12/06/2018
Confirmation Date: 05/08/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $185.00 | 26227772357 | 02/24/2020 | $98.00 | 26422481362 | 07/16/2020 | $702.00 | 26627096968 |

**Total Receipts for the Period: $985.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,833.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kenneth J. Olewinski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 9/11/19 | Attorney Fees | $2,140.00 | $1,362.68 | $777.32 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»»  2013 FORD EDGE/DEF BAL | Unsecured Creditors | $731.27 | $731.27 | $0.00 |
| 2 | PRESTIGE FINANCIAL SERVICES<br>»»  2014 DODGE CARAVAN/SV 10/18/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 3 | SYNCHRONY BANK | Unsecured Creditors | $231.00 | $231.00 | $0.00 |
| 4 | SYNCHRONY BANK | Unsecured Creditors | $490.00 | $490.00 | $0.00 |
| 5 | LEGACY MORTGAGE ASSET TRUST 2020-GS5<br>»»  P/92 OAK LANE/1ST MTG/US BANK TRUST | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | PRESTIGE FINANCIAL SERVICES<br>»»  2014 DODGE CARAVAN/ORDER 5/10/19/SV 10/18/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $531.00 | $531.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 12/26/19 | Attorney Fees | $225.00 | $110.77 | $114.23 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 5/4/20 | Attorney Fees | $300.00 | $110.67 | $189.33 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 9/4/20 | Attorney Fees | $300.00 | $0.00 | $300.00 |

**Chapter 13 Case No. 18-31567 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,833.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,567.39 | Current Monthly Payment: | $117.00 |
| Paid to Trustee: | $265.61 | Arrearages: | $645.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**