

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Legacy Mortgage Asset Trust 2020-GS5 | **Order Filed on September 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 18-31567 MBK |
| In Re:<br>      Kenneth J. Olewinski,<br><br>Debtor. | Adv. No.:<br><br><br>Judge: Michael B. Kaplan |

# CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 27, 2021**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kenneth J. Olewinski
Case No:  18-31567 MBK
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Legacy Mortgage Asset Trust 2020-GS5, holder of a mortgage on real property located at 92 Oak Lane, Edison, NJ, 08817, Denise Carlon, Esq. appearing, upon a consent order curing post-petition arrears, and this Court having considered the representations of attorneys for Secured Creditor and Scott D. Sherman, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 18, 2021, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2020 through August 2021 with $385.68 in suspense for a total post-petition default of $20,775.38 (5 @ $1,873.36, 6 @ $1,965.71 less $385.68 suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $20,775.38 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2021, directly to Secured Creditor SPS, Inc., P.O. Box 65450, Salt Lake City, UT 84165 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor: Kenneth J. Olewinski
Case No: 18-31567 MBK
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS

_____

I hereby agree and consent to the above terms and conditions:   Dated:  9/17/2021

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:   Dated:  9/17/2021

*/s/ Scott D. Sherman*
SCOTT D. SHERMAN, ESQ., ATTORNEY FOR DEBTOR