| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-31567 / MBK

Kenneth J. Olewinski

Petition Filed Date: 10/30/2018
341 Hearing Date: 12/06/2018
Confirmation Date: 05/08/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/25/2021 | $117.00 | 27090452643 | 03/02/2021 | $117.00 | 27090462813 | 03/16/2021 | $237.00 | 27090465120 |
| 04/05/2021 | $224.00 | 27090472127 | 05/14/2021 | $224.00 | 27090451833 | 07/06/2021 | $488.00 | 27286044917 |
| 09/02/2021 | $488.00 | 27486805770 | 09/02/2021 | $488.00 | 27486805781 | 11/08/2021 | $488.00 | 27677425781 |
| 11/08/2021 | $488.00 | 27677425770 | 12/02/2021 | $458.00 | 27677433868 | 01/10/2022 | $458.00 | 27677426725 |

**Total Receipts for the Period:  $4,275.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,108.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kenneth J. Olewinski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 9/11/19 | Attorney Fees | $2,140.00 | $2,140.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»»  2013 FORD EDGE/DEF BAL | Unsecured Creditors | $731.27 | $731.27 | $0.00 |
| 2 | PRESTIGE FINANCIAL SERVICES<br>»»  2014 DODGE CARAVAN/SV 10/18/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 3 | SYNCHRONY BANK | Unsecured Creditors | $231.00 | $231.00 | $0.00 |
| 4 | SYNCHRONY BANK | Unsecured Creditors | $490.00 | $490.00 | $0.00 |
| 5 | LEGACY MORTGAGE ASSET TRUST 2020-GS5<br>»»  P/92 OAK LANE/1ST MTG/US BANK TRUST | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | PRESTIGE FINANCIAL SERVICES<br>»»  2014 DODGE CARAVAN/ORDER 5/10/19/SV 10/18/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $531.00 | $531.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 12/26/19 | Attorney Fees | $225.00 | $225.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 5/4/20 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 9/4/20 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 3/15/21 | Attorney Fees | $300.00 | $300.00 | $0.00 |

**Chapter 13 Case No. 18-31567 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 7 | LEGACY MORTGAGE ASSET TRUST 2020-GS5<br>»»  P/92 OAK LN/1ST MTG/PP ARREARS 9/27/21 CONS ORD | Mortgage Arrears | $20,775.38 | $1,532.25 | $19,243.13 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 11/19/21 | Attorney Fees | $300.00 | $300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,108.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $7,080.52 | Current Monthly Payment: | $458.00 |
| Paid to Trustee: | $607.95 | Arrearages: | $458.00 |
| Funds on Hand: | $419.53 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at www.ndc.org or scan this code to get started.

