Office Mailing Address:                                                                    Send Payments **ONLY** to:
Albert Russo, Trustee                                                                           Albert Russo, Trustee
PO Box 4853                                                                                           PO Box 933
Trenton, NJ  08650-4853                                                               Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-31567 / MBK**

Kenneth J. Olewinski

Petition Filed Date: 10/30/2018
341 Hearing Date: 12/06/2018
Confirmation Date: 05/08/2019

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2022 | $458.00 | 27677426725 | 02/09/2022 | $458.00 | 27900005793 | 03/08/2022 | $458.00 | 27900008662 |
| 04/29/2022 | $458.00 | 27677445423 | 06/02/2022 | $458.00 | 27900023837 | 06/02/2022 | $458.00 | 27900023848 |
| 08/02/2022 | $458.00 | 28020697986 | 08/02/2022 | $458.00 | 28020697975 | 09/23/2022 | $458.00 | 28301209931 |
| 09/23/2022 | $458.00 | 2830209920 | 10/26/2022 | $458.00 | 28277232467 | 10/26/2022 | $458.00 | 28277232456 |
| 02/01/2023 | $916.00 | 28381327626 | | | | | | |

**Total Receipts for the Period:  $6,412.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,062.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kenneth J. Olewinski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq. »» ORDER 9/11/19 | Attorney Fees | $2,140.00 | $2,140.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC »» 2013 FORD EDGE/DEF BAL | Unsecured Creditors | $731.27 | $731.27 | $0.00 |
| 2 | PRESTIGE FINANCIAL SERVICES »» 2014 DODGE CARAVAN/SV 10/18/19 | Debt Secured by Vehicle No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 3 | SYNCHRONY BANK »» MAVIS | Unsecured Creditors | $231.00 | $231.00 | $0.00 |
| 4 | SYNCHRONY BANK »» CARE CREDIT | Unsecured Creditors | $490.00 | $490.00 | $0.00 |
| 5 | LEGACY MORTGAGE ASSET TRUST 2020-GS5 »» P/92 OAK LANE/1ST MTG/US BANK TRUST | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | PRESTIGE FINANCIAL SERVICES »» 2014 DODGE CARAVAN/ORDER 5/10/19/SV 10/18/19 | Debt Secured by Vehicle No Disbursements: Surrendered - Full Satisfact | $531.00 | $531.00 | $0.00 |
| 0 | Scott D. Sherman, Esq. »» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq. »» ORDER 12/26/19 | Attorney Fees | $225.00 | $225.00 | $0.00 |
| 0 | Scott D. Sherman, Esq. »» ORDER 5/4/20 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 0 | Scott D. Sherman, Esq. »» ORDER 9/4/20 | Attorney Fees | $300.00 | $300.00 | $0.00 |

**Chapter 13 Case No. 18-31567 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Scott D. Sherman, Esq.<br>»»  ORDER 3/15/21 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 7 | LEGACY MORTGAGE ASSET TRUST 2020-GS5<br>»»  P/92 OAK LN/1ST MTG/PP ARREARS 9/27/21<br>CONS ORD | Mortgage Arrears | $20,775.38 | $7,427.64 | $13,347.74 |
| 0 | Scott D. Sherman, Esq.<br>»»  ORDER 11/19/21 | Attorney Fees | $300.00 | $300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,062.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $12,975.91 | Current Monthly Payment: | $458.00 |
| Paid to Trustee: | $1,086.09 | Arrearages: | $458.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**

