UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Kenneth J. Olewinski

Debtor(s)

Case No.: 18-31567 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 9/12/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  9/12/2023

/s/  Kierstyn Buchanan
_____
Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Kenneth J. Olewinski<br>92 Oak Lane<br>Edison, NJ  08817 | Debtor(s) | Regular Mail |
| Scott D. Sherman, Esq.<br>33 CLINTON RD, STE 105<br>WEST CALDWELL,  NJ  07006 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |