Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk ˙>ŸfgΫm

In re Kenneth J. Olewinski    ,    Case No. 18-31567

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/26/2024.

Legacy Mortgage Asset Trust 2020-GS5
Name of Alleged Transferor

Morgan Stanley Mortgage Capital Holdings
Name of Transferee

Address of Alleged Transferor:
Legacy Mortgage Asset Trust 2020-GS5
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

Address of Transferee:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 4/26/2024

Jeanne A. Naughton
**CLERK OF THE COURT**