UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                              CASE NO.: 18-31567
                                                           CHAPTER 13

Kenneth J. Olewinski,
  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane &
                                                   Partners, PLLC
                                                   Authorized Agent for Secured Creditor
                                                   130 Clinton Rd #202
                                                   Fairfield, NJ 07004
                                                   Telephone: 470-321-7112

                                                   By: /s/Aleisha C. Jennings
                                                        Aleisha C. Jennings
                                                        Email: ajennings@raslg.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on May 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KENNETH J. OLEWINSKI
92 OAK LANE
EDISON, NJ 08817

And via electronic mail to:

MINION & SHERMAN
33 CLINTON ROAD
SUITE 105
WEST CALDWELL, NJ 07006

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

              By: /s/ Emily Cheng