UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                           CASE NO.: 18-31567
                                                                              CHAPTER 13

**Kenneth J. Olewinski,**
**Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane &
                                       Partners, PLLC
                                       Attorney for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: /s/Kimberly Wilson
                                           Kimberly Wilson
                                           Email: kimwilson@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on March 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KENNETH J. OLEWINSKI
92 OAK LANE
EDISON, NJ 08817

And via electronic mail to:

MINION & SHERMAN
33 CLINTON ROAD
SUITE 105
WEST CALDWELL, NJ 07006

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                          By: /s/ Journie Morosky