Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–31567–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth J. Olewinski
92 Oak Lane
Edison, NJ 08817

Social Security No.:
xxx–xx–0811

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/23/25 at 09:00 AM

to consider and act upon the following:

*152* – Creditor's Certification of Default (related document:122 Order (Generic)) filed by Kimberly A. Wilson on behalf of Selene Finance LP, as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST. Objection deadline is 04/1/2025. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Wilson, Kimberly)

Dated: 4/1/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court