MINION & SHERMAN
BY:  Scott D. Sherman
33 Clinton Road
Suite 105
West Caldwell, New Jersey 07006
Phone:      (973) 882-2424
Fax:         (973) 882-0856
Email:      ssherman@minionsherman.com
Attorneys for Debtors

-------------------------------------------------------------------------------------------------------

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| KENNETH J. OLEWINSKI | : | |
| | : | Case No. 18-31567 MBK |
| Debtor(s) | : | |

## WITHDRAWAL OF DOCUMENT

1. I, Scott D. Sherman, am an attorney at law in the State of New Jersey and I am the attorney for Debtor's in the above case.

2. We hereby withdraw Debtor's Opposition to Certification of Default filed by US Bank (Opposition appears as Document #154 filed on 4/1/2025 on case docket).


Dated: 4/18/2025                            MINION & SHERMAN
                                            */S/ Scott D. Sherman, ESQ.*
                                            -----------------------------------
                                            SCOTT D. SHERMAN, ESQ.
                                            Attorney for the Debtor(s)