UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Kimberly A. Wilson, Esquire
NJ BAR 031441997

**Order Filed on April 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**KENNETH J. OLEWINSKI,**

**Debtor.**

Case No.:      18-31567

Chapter:      13

Hearing Date:

Judge:      Michael B. Kaplan

| | | |
|---|---|---|
| Recommended Local Form: | ☑ Followed | ❏ Modified |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: April 23, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors:       KENNETH J. OLEWINSKI
Case No.:      18-31567
Caption of Order:   **Order Granting Relief From Stay**

_____

Upon the motion of, Selene Finance LP servicer for U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is.

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

92 OAK LANE,EDISON, NEW JESERY 08817

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extend necessary to comply with applicable non-bankruptcy law.

Page **3**

Debtors:      KENNETH J. OLEWINSKI

Case No.:      18-31567

Caption of Order:   **Order Granting Relief From Stay**

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.