Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31567−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth J. Olewinski
   92 Oak Lane
   Edison, NJ 08817

Social Security No.:
   xxx−xx−0811

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 28, 2025.


Dated: August 28, 2025
JAN: wiq

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 18-31567-MBK
Kenneth J. Olewinski | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 3
Date Rcvd: Aug 28, 2025     Form ID: plncf13     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth J. Olewinski, 92 Oak Lane, Edison, NJ 08817-3570 |
| aty | + | Feins, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517843276 | + | Ann Marie Olewinski, 92 Oak Lane, Edison, NJ 08817-3570 |
| 520237470 | + | Morgan Stanley Mortgage Capital Holdings LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520237471 | + | Morgan Stanley Mortgage Capital Holdings LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 Morgan Stanley Mortgage Capital Holdings 75019-629 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 28 2025 21:19:00 | Caliber Home Loans, P.O. Box 24610, Oklahoma, OK 73124-0610 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 28 2025 21:17:00 | Morgan Stanley Mortgage Capital Holdings LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 517843277 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 28 2025 21:19:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517843278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 21:28:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517881518 | | Email/Text: EBNBKNOT@ford.com | Aug 28 2025 21:19:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 517885822 | | Email/Text: EBNBKNOT@ford.com | Aug 28 2025 21:19:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517843280 | | Email/Text: EBNBKNOT@ford.com | Aug 28 2025 21:19:00 | Ford Motor Credit Corporation, Ford Motor Credit, Po Box 6275, Dearborn, MI 48121 |
| 517843279 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Aug 28 2025 21:18:00 | Fein, Such Kahn & Shepard PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518967703 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2025 21:19:00 | Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518967704 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: plncf13 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | Aug 28 2025 21:19:00 | Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing, |
| 517843281 | + Email/Text: EBNBKNOT@ford.com | Aug 28 2025 21:19:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520251792 | + Email/Text: RASEBN@raslg.com | Aug 28 2025 21:17:00 | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 517881898 | + Email/Text: bankruptcy@gopfs.com | Aug 28 2025 21:19:00 | Prestige Financial Services, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 517843282 | ^ MEBN | Aug 28 2025 21:14:36 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 517843283 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 21:29:27 | Syncb/car Care Mavis T, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517957462 | ^ MEBN | Aug 28 2025 21:16:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517848223 | ^ MEBN | Aug 28 2025 21:16:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517843284 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 22:04:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517957612 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 28 2025 21:19:00 | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, PARTICIPATION TRUST, CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 520323766 | + Email/Text: bkteam@selenefinance.com | Aug 28 2025 21:18:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 520590025 | + Email/Text: RASEBN@raslg.com | Aug 28 2025 21:17:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520323765 | + Email/Text: bkteam@selenefinance.com | Aug 28 2025 21:18:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 517843285 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 28 2025 21:41:28 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 28, 2025 | Form ID: plncf13 | Total Noticed: 31 |

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Cory Francis Woerner
    on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC cwoerner@raslg.com

Cory Francis Woerner
    on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com

Cory Francis Woerner
    on behalf of Creditor Selene Finance LP  as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Janelly Landa
    on behalf of Creditor Prestige Financial Services  Inc. jlanda@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

R. A. Lebron
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@fskslaw.com

Richard James Tracy, III
    on behalf of Creditor Prestige Financial Services  Inc. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Scott D. Sherman
    on behalf of Debtor Kenneth J. Olewinski ssherman@minionsherman.com

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12