| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kenneth J. Olewinski <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0811 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–31567–MBK | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kenneth J. Olewinski

<u>1/5/26</u>

**By the court:** <u>Michael B. Kaplan</u>
                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-31567-MBK |
| Kenneth J. Olewinski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth J. Olewinski, 92 Oak Lane, Edison, NJ 08817-3570 |
| aty | + | Feins, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517843276 | + | Ann Marie Olewinski, 92 Oak Lane, Edison, NJ 08817-3570 |
| 520237470 | + | Morgan Stanley Mortgage Capital Holdings LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520237471 | + | Morgan Stanley Mortgage Capital Holdings LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 Morgan Stanley Mortgage Capital Holdings 75019-629 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2026 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2026 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 05 2026 21:09:00 | Caliber Home Loans, P.O. Box 24610, Oklahoma, OK 73124-0610 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 05 2026 21:08:00 | Morgan Stanley Mortgage Capital Holdings LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 517843277 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 05 2026 21:09:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517843278 | + | EDI: CITICORP | Jan 06 2026 01:52:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517881518 | | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 21:09:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 517885822 | | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 21:09:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517843280 | | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 21:09:00 | Ford Motor Credit Corporation, Ford Motor Credit, Po Box 6275, Dearborn, MI 48121 |
| 517843279 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jan 05 2026 21:08:00 | Fein, Such Kahn & Shepard PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518967703 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 05 2026 21:09:00 | Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518967704 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 05 2026 21:09:00 | Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Legacy Mortgage Asset Trust 2020-GS5, Serviced by Select Portfolio Servicing, |
| 517843281 | + | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 21:09:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520251792 | + | Email/Text: RASEBN@raslg.com | Jan 05 2026 21:08:00 | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 517881898 | + | Email/Text: bankruptcy@gopfs.com | Jan 05 2026 21:09:00 | Prestige Financial Services, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 517843282 | ^ | MEBN | Jan 05 2026 21:03:45 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 517843283 | + | EDI: SYNC | Jan 06 2026 01:52:00 | Syncb/car Care Mavis T, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517957462 | + | EDI: PRA.COM | Jan 06 2026 01:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517848223 | + | EDI: PRA.COM | Jan 06 2026 01:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517843284 | + | EDI: SYNC | Jan 06 2026 01:52:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517957612 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 05 2026 21:09:00 | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, PARTICIPATION TRUST, CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 520323766 | + | Email/Text: bkteam@selenefinance.com | Jan 05 2026 21:08:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 520590025 | + | Email/Text: RASEBN@raslg.com | Jan 05 2026 21:08:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520323765 | + | Email/Text: bkteam@selenefinance.com | Jan 05 2026 21:08:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 517843285 | | EDI: WFFC | Jan 06 2026 01:52:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 31 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

**Name**       **Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Cory Francis Woerner
  on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC cwoerner@raslg.com

Cory Francis Woerner
  on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com

Cory Francis Woerner
  on behalf of Creditor Selene Finance LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST cwoerner@raslg.com

Denise E. Carlon
  on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Janelly Landa
  on behalf of Creditor Prestige Financial Services  Inc. jlanda@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

R. A. Lebron
  on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@fskslaw.com

Richard James Tracy, III
  on behalf of Creditor Prestige Financial Services  Inc. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Scott D. Sherman
  on behalf of Debtor Kenneth J. Olewinski ssherman@minionsherman.com

Sindi Mncina
  on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12